THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. COULTAS, d/b/a COULTAS GENERAL CONTRACTING, <br><br> Defendant. | CASE NO. C18-1187-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiffs' motion for default judgment (Dkt. No. 12). The Court has considered the motion and the relevant record and FINDS that:

(1) Defendant Robert W. Coultas, was properly served in this matter on or about September 1, 2018 (Dkt. No. 6);

(2) The Clerk entered an order of default against Defendant on October 22, 2018 (Dkt. No. 10);

(3) Defendant has failed to appear or otherwise defend in this action; and

(4) The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiffs' favor.

Accordingly, Plaintiffs' motion for default judgment (Dkt. No. 12) is GRANTED in its

entirety. The Court ORDERS as follows:

1. Defendant Robert W. Coultas d/b/a Coultas General Contracting is liable to Plaintiffs under the provisions of the collective bargaining and trust agreements that govern the relationship in this matter;

2. Defendant Robert W. Coultas d/b/a Coultas General Contracting is liable to Plaintiffs for $15,620.66, consisting of $9,746.76 in fringe benefit contributions, $4,036.08 in liquidated damages for the period of December 1, 2017 through March 31, 2018, and $1,837.82 in accrued, prejudgment interest through the November 26, 2018 hearing date;

3. Defendant Robert W. Coultas d/b/a Coultas General Contracting is liable to Plaintiffs for $4,968.50 in attorney fees under 29 U.S.C §1132(g)(2)(D), and $625.00 in costs directly related to this action; and

4. This judgment shall bear interest at the 12 percent per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. §1132(g)(2).

DATED this 28th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE